

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00510-CV

Richard L. **PEREZ**,
Appellant

v.

**DEPARTMENT STORES NATIONAL BANK**, now merged into Citibank, N.A.,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV05057
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR
WANT OF PROSECUTION. Costs of appeal are taxed against Appellant Richard L. Perez.

SIGNED January 25, 2023.

_____
Liza A. Rodriguez, Justice